| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | RANDY LUSKEY (CABN 240915)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7359 |
| 7 | FAX: (415) 436-7234<br>Randall.luskey@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

FILED

2013 OCT -2 A 9:10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROSS WILLIAM ULBRICHT,

    Defendant.

CRIMINAL NO. 3 13 71218 MAG JCS

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about October 1, 2013, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

●    **Criminal Complaint**

☐    Other (describe) _____

pending in the Southern District of New York, Case Number 13-MAG-2328.

In that case, the defendant is charged with the following offenses:

Count One:

Title 21 U.S.C. § 846

Description of Charges: Drug Conspiracy

Maximum Penalties: maximum life imprisonment; maximum $10,000,000 fine; at least 5 years of supervised release to a maximum of life; $100 mandatory special assessment.

Count Two:

Title 18 U.S.C. § 1030(a)(2)

Description of Charges: Computer Hacking Conspiracy

Maximum Penalties: maximum 20 years imprisonment; maximum $250,000 fine; 3 years of supervised release; $100 mandatory special assessment.

Count Three:

Title 18 U.S.C. § 1956(a)(1)(A)(i) and (B)(i)

Description of Charges: Money Laundering Conspiracy

Maximum Penalties: maximum 20 years imprisonment; maximum $250,000 fine or twice the gross pecuniary gain; 3 years of supervised release; $100 mandatory special assessment.

Date: October 2, 2013

Respectfully Submitted,
MELINDA HAAG
UNITED STATES ATTORNEY

_____
RANDY LUSKEY
Assistant U.S. Attorney