| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) <br> United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811) <br> Chief, Criminal Division |
| 4 | RANDY LUSKEY (CABN 240915) <br> Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7359
FAX: (415) 436-7234
Randall.luskey@usdoj.gov

Attorneys for United States of America

FILED
2013 OCT -2 A 9:10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, )  CRIMINAL NO. 3  13  71218  MAG
                         )
         Plaintiff,      )  NOTICE OF PROCEEDINGS ON OUT-OF-
                         )  DISTRICT CRIMINAL CHARGES PURSUANT TO
     v.                  )  RULES 5(c) AND (3) OF THE FEDERAL RULES
                         )  OF CRIMINAL PROCEDURE
ROSS WILLIAM ULBRICHT,   )
                         )
         Defendant.      )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about October 1, 2013, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

- ☐ Indictment
- ☐ Information
- ● **Criminal Complaint**
- ☐ Other (describe) _____

pending in the Southern District of New York, Case Number 13-MAG-2328.

In that case, the defendant is charged with the following offenses:

<u>Count One</u>:

Title 21 U.S.C. § 846

Description of Charges: Drug Conspiracy

Maximum Penalties: maximum life imprisonment; maximum $10,000,000 fine; at least 5 years of supervised release to a maximum of life; $100 mandatory special assessment.

<u>Count Two</u>:

Title 18 U.S.C. § 1030(a)(2)

Description of Charges: Computer Hacking Conspiracy

Maximum Penalties: maximum 20 years imprisonment; maximum $250,000 fine; 3 years of supervised release; $100 mandatory special assessment.

<u>Count Three</u>:

Title 18 U.S.C. § 1956(a)(1)(A)(i) and (B)(i)

Description of Charges: Money Laundering Conspiracy

Maximum Penalties: maximum 20 years imprisonment; maximum $250,000 fine or twice the gross pecuniary gain; 3 years of supervised release; $100 mandatory special assessment.

Date: October 2, 2013

Respectfully Submitted,
MELINDA HAAG
UNITED STATES ATTORNEY

_____
RANDY LUSKEY
Assistant U.S. Attorney