| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): | | 6 M | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | REPORTER/FTR FTR 9:44-9:50 | | | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE October 4, 2013 | | | NEW CASE ☐ | | CASE NUMBER 3:13-mj-71218-JCS-1 | |

| **APPEARANCES** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT Ross William Ulbricht | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Brandon LeBlanc | | | PD. ☒ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Randy Luskey | | INTERPRETER | | | | FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | | PARTIAL PAYMENT ☐ OF CJA FEES | | |

| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | | ☐ OTHER | |
| ☒ DETENTION HRG 5 m | ☒ ID / REMOV HRG date not set 1 m | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |

| **INITIAL APPEARANCE** | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |

| **ARRAIGNMENT** | | | | | |
|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED | ☐ WAIVER OF INDICTMENT FILED | | |

FILED
Oct - x 4 2013

| **RELEASE** | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | | |

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

| **PLEA** | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| **CONTINUANCE** | | | | | |
|---|---|---|---|---|---|
| TO: 10/9/13 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT: 9:30 AM | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS | |
| BEFORE HON. Spero | ☒ DETENTION HEARING | ☐ ARRAIGNMENT Set | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

**ADDITIONAL PROCEEDINGS**

cc: JCS

DOCUMENT NUMBER: