UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

October 9, 2013

Office of the Clerk  
U.S. District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

| | |
|---|---|
| Case Name: | US-v-Ross William Ulbricht |
| Case Number: | 13-MAG-2328 (Our number 3:13-MJ-71218 MAG) |
| Charges: | 21:846 - Drug Conspiracy; 18:1030(a)(2) - Computer Hacking Conspiracy; 18:1956(a)(1)(A)(I) and (B)(I) - Money Laundering Conspiracy |

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant to your district forthwith.  
( )     The defendant has a court appearance in your court on:

Enclosed are the following documents:

    original Rule 5 affidavit  
    original minute orders  
    original Order Excluding Time  
    certified copy of *AO 94, Commitment to Another District*  
    certified copy of Docket Sheet

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk  
/s/ M. Jenkins  
by: Mark Jenkins  
Case Systems Administrator

Enclosures  
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____           **CLERK, U.S. DISTRICT COURT**

                                                                                                 **By** _____  
                                                                                                         **Deputy Clerk**