AMENDED

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 1 M | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | | REPORTER/FTR<br>FTR 9:57-9:58 | | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>October 9, 2013 | | | NEW CASE<br>☐ | CASE NUMBER<br>3:13-mj-71218-JCS-1 | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Ross William Ulbricht | | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Brandon LeBlanc | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Randy Luskey | | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Allen Lew | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ | PARTIAL PAYMENT OF CJA FEES | ☐ |

| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS<br>TRIAL SET |
| ☐ | I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ | IA REV PROB. or or S/R | ☐ | OTHER |
| ☒ | DETENTION HRG | ☒ ID / REMOV HRG<br>waived by dft | ☐ CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| **INITIAL APPEARANCE** | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| **ARRAIGNMENT** | | | | | |
|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

FILED
OCT 10 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **RELEASE** | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF Southern District of NY

| **PLEA** | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| **CONTINUANCE** | | | | | |
|---|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS | |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

**ADDITIONAL PROCEEDINGS**

Dft waived his Identity Hearing and admitted to being the person as charged in the So. Dist. of NY. No financial affidavit was submitted since the proceedings in this district are concluded. Amended: Dft affirmatively disavows any aliases alleged in the complaint in the So. Dist of NY.

DOCUMENT NUMBER: